MARY DERLICKA et al., Respondents, *v.* SAMUEL LEO, Appellant, Impleaded with Others. (First Appeal.)

MARY DERLICKA et al., Appellants, *v.* SAMUEL LEO, Respondent, Impleaded with Others. (Second Appeal.)

Submitted January 6, 1941; decided January 16, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 281 N. Y. 266; 284 N. Y. 711.)

HOWARD S. PALMER et al., as Trustees of NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellants, *v.* LARCHMONT MANOR COMPANY et al., Defendants, and PETER L. FLINT et al., Respondents.

Submitted January 6, 1941; decided January 16, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 284 N. Y. 288.)